ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Doyon Utilities, LLC | ) | ASBCA No.  61506 |
| | ) | |
| Under Contract No.  SP0600-07-C-8263 | ) | |

APPEARANCES FOR THE APPELLANT:     Jamie F. Tabb, Esq.
                                                              Elizabeth Krabill McIntyre, Esq.
                                                              Ryan D. Stalnaker, Esq.
                                                                Vinson & Elkins LLP
                                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                                                   DLA Chief Trial Attorney
                                                                 Brandon Cogswell, Esq.
                                                                 Matthew Vasquez, Esq.
                                                                   Trial Attorneys
                                                                   DLA Energy
                                                                   Fort Belvoir, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 14, 2020

Kenneth D. Woodrow
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61506, Appeal of Doyon Utilities, LLC, rendered in conformance with the Board's Charter.

Dated:  April 14, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals